# THE WEITZ LAW FIRM, P.A.

Bank Of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida  33160
Main: 305-949-7777
Fax:   305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

January 18, 2023

**VIA CM/ECF**
Honorable Judge Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street – Courtroom MLK 5C
Newark, NJ 07102

   Re: TORRES v. TOUCHE HAIR INC., et al.
      Case 2:22-cv-03369-SDW-JRA

Dear Judge Wigenton:

  The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled with the Tenant-Defendant, the operator of the Touché Hair Salon, on behalf of all Defendants and that a settlement agreement is in the process of being reviewed and executed by the parties. Upon completion of the settlement obligations of the Defendant, including the accessibility modifications and the payment of the agreed settlement amount, the action will be dismissed by the filing of a Voluntary Dismissal, with Prejudice, with respect to all Defendants.

  It is anticipated that the completion of the accessibility modifications and the payment of the settlement amount will, as a result of the Pandemic-related limitations on the hair salon's finances, extend over a period of four (4) months from the date hereof. Therefore, the undersigned respectfully requests that Your Honor issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 120 days of such Order, in the event the obligations of the Defendant under the terms of the settlement are not completed within that time period.

  Thank you for your cooperation.

             Respectfully,
             THE WEITZ LAW FIRM, P.A.

             By: _____
               Robert J. Mirel, Esq.

cc: Defendant Touché Hair Inc. via email