# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIA TORRES, | CASE NO: 2:22-cv-03369-SDW-JRA |
| Plaintiff, | |
| vs. | |
| TOUCHE HAIR INC., a New Jersey corporation, d/b/a TOUCHE HAIR, and SNW AMERICA, LLC, a New Jersey limited liability company. | |
| Defendants, | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, JULIA TORRES, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates to a voluntary dismissal of this action with prejudice as to Defendants, TOUCHE HAIR INC., a New Jersey corporation, d/b/a TOUCHE HAIR, and SNW AMERICA, LLC, a New Jersey limited liability company.

Dated: This 17th day of May, 2023.

Respectfully submitted,

By: /S/ Robert J. Mirel
Robert J. Mirel, Esq.
NJ Attorney ID #000322001
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: rjm@weitzfirm.com

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: May 18, 2023

## **SERVICE LIST**

TOUCHE HAIR INC
C/O SOYO SHIN
1495 PALISADES AVNUE
FORT LEE,NJ 07024

SNW AMERICA, LLC
C/O JEFFREY M. AHN
1485 PALISADES AVENUE
FORT LEE, NJ 07024